NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

TIMOTHY THROCKMORTON,　　　　　）
DOC #H10877,　　　　　　　　　　）
　　　　　　　　　　　　　　　　）
　　　　　Appellant,　　　　　　）
　　　　　　　　　　　　　　　　）
v.　　　　　　　　　　　　　　　）　　　　Case No. 2D17-3604
　　　　　　　　　　　　　　　　）
STATE OF FLORIDA,　　　　　　　）
　　　　　　　　　　　　　　　　）
　　　　　Appellee.　　　　　　　）
_____）

Opinion filed August 31, 2018.

Appeal from the Circuit Court for Polk
County; J. Kevin Abdoney, Judge.

Howard L. Dimmig, II, Public Defender,
and Rachel Roebuck, Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and John M. Klawikofsky,
Assistant Attorney General, Tampa, for
Appellee.

PER CURIAM.


　　　　　　　Affirmed.


CASANUEVA, BLACK, and BADALAMENTI, JJ., Concur.